Thomas WHITE, Respondent,

v.

THE LACLEDE GAS COMPANY, Appellant.

ED 101071

Missouri Court of Appeals
Eastern District
DIVISION THREE

Filed: November 25, 2014

Motion for Rehearing and/or Transfer to Supreme Court Denied
January 13, 2015

Theodore J. MacDonald, Jr., David J. Deterding, 211 North Broadway, Suite 2700, St. Louis, MO 63102, Larry D. Hale, 1221 Locust Street, Suite 310, St. Louis, MO 63103, Booker T. Shaw, One US Bank Plaza, St. Louis, MO 63101, for appellant.

Brandy Barth, Talmage E. Newton, IV, 2010 South Big Bend Blvd., St. Louis, MO 63117, for respondent.

Before: Kurt S. Odenwald, P.J., Robert G. Dowd, Jr., J., and Gary M. Gaertner, Jr., J.

## ORDER

PER CURIAM.

Appellant The Laclede Gas Company (Laclede) appeals the trial court's judgment following a jury verdict in favor of Respondent Thomas White (White), which awarded White $3,670,000 in actual and punitive damages on White's claim of wrongful termination. We have reviewed the briefs of the parties and the record on appeal, and no error of law appears. An extended opinion would have no prece-

dential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2014).